UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Venue)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 10-693-MMC |
| Plaintiff, | ) | |
| vs. | ) | [~~PROPOSED~~] ORDER |
| FRANCISCO BAUTISTA-CABRALES, et al., | ) | |
| Defendants. | ) | Judge: Maxine M. Chesney |

For Good Cause Shown and pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the hearing scheduled for September 21, 2011 is vacated and shall be continued to September 28, 2011 at 2:30 p.m. for change of plea. IT IS SO ORDERED.

Dated: September 20, 2011

_____
Hon. Maxine M. Chesney
U.S. District Court